**Robert E.L. Bonaparte, OSB No. 883411**
E-Mail: bob@bb-law.net
**Shenker & Bonaparte, LLP**
1500 SW 1st Ave., Suite 765
Portland, OR 97201
Telephone: (503) 242-0005
Facsimile: (503) 323-7360


**Todd Baran, OSB No. 912036**
E-Mmail: todd@baranlegal.com
**Todd S. Baran PC**
4004 SE Division St
Portland OR 97202
Telephone: (503) 230-2888
Facsimile: (877)421-6686

Attorneys for Plaintiff Jason Gill

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## MEDFORD DIVISION

| | |
|---|---|
| JASON GILL, | ) |
| | ) Case No. 1:16-CV-01342-AA |
| Plaintiff, | ) |
| | ) **ORDER OF DISMISSAL** |
| v. | ) **WITH PREJUDICE AND** |
| | ) **WITHOUT COSTS TO ANY** |
| COUNTRY MUTUAL INSURANCE | ) **PARTY** |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

THIS MATTER having come on before the Court on the parties'

Stipulated Motion to Dismiss with Prejudice. Based on the stipulation of the

parties, the Stipulated Motion to Dismiss with Prejudice is hereby granted.

Page 1 -   ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS
           TO ANY PARTY


This matter is hereby dismissed with prejudice and without costs to any party, including all of Plaintiff's claims against Defendant.

IT IS SO ORDERED.

DATED this 11th day of January, 2017.

_____
United States District Court Judge

Page 2 -  ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS TO ANY PARTY